**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>JOSEPH R. BIDEN, JR.,<br>*in his official capacity as*<br>*President of the United States*<br>*Senate, et al.*,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 12-775 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion filed this same day, it is hereby

**ORDERED** that Defendants' Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED.**

**SO ORDERED.**

**SIGNED:　Emmet G. Sullivan
　　　　　　United States District Judge
　　　　　　December 21, 2012**